## MISCELLANEOUS DISMISSALS

**2002–1817. State ex rel. J.D. Partnership v. Delaware Cty. Bd. of Elections.**
Delaware App. No. 02CAD09042. This cause is pending before the court as an appeal from the Court of Appeals for Delaware County. Upon consideration of appellees' amended motion to dismiss and upon the passage of the November 5, 2002 election,

IT IS ORDERED by the court that the amended motion be, and hereby is, granted and that the appeal be, and hereby is, dismissed based on mootness and laches.

In addition, because this matter has been resolved by unappealed judgments of the court of appeals and the common pleas court, IT IS FURTHER ORDERED by the court that the amended zoning approved and ordered by the courts not be subject to further court challenge or referendum and that the necessary permits for development issue forthwith.

IT IS FURTHER ORDERED that appellants' request for sanctions be, and hereby is, denied.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–1692. State ex rel. Moran v. Indus. Comm.**
Franklin App. No. 01AP–1446, 2002-Ohio-4307.

[Cite as *12/10/2002 Case Announcements,* 2002-Ohio-6714.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *December 10, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

**2002–2068. State ex rel. Kafele v. Karnes.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of relator's complaint in mandamus/prohibition and emergency request for temporary restraining order,

IT IS ORDERED by the court that the complaint for writs of mandamus/prohibition and emergency request for temporary restraining order be, and hereby are, denied.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2002–1740. State ex rel. Whisman v. Indus. Comm.**
Franklin App. No. 02AP–130, 2002-Ohio-4899. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before December 30, 2002.

**2002–2077. Rankin v. Ohio Adult Parole Auth.**
Cuyahoga App. No. 81709, 2002-Ohio-6062. This cause was filed as a discretionary appeal. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

IT IS ORDERED by the court that the Clerk issue an order for the transmittal of the record from